# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| Rachel Hiskes; Omar Silva-Meléndez<br>*Plaintiff*<br><br>v.<br><br>José Figueroa Sancha, et. al.<br>*Defendant* | )<br>)<br>)<br>)   Civil Action No. 10-cv-02246-JAG<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
          JOSE FIGUEROA SANCHA
          SUPERINTENDENT OF THE PUERTO RICO POLICE DEPARMENT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
          Judith Berkan
          Mary Jo Méndez
          Berkan/Mendez Law Office
          O'neill St. G-11, San Juan, Puerto Rico 00918

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN
CLERK OF COURT

*CLERK OF COURT*

Date: DEC 21 2010

JOSE L. ARROYO
Deputy Clerk

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| Rachel Hiskes; Omar Silva-Meléndez <br> *Plaintiff* <br> v. <br> José Figueroa Sancha, et. al. <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 10-cv-02246-JAG <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
      JOSE A. ROSA CARRASQUILLO
      ASSOCIATE SUPERINTENDENT OF THE PUERTO RICO POLICE
      DEPARMENT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Judith Berkan
      Mary Jo Méndez
      Berkan/Mendez Law Office
      O'neill St. G-11, San Juan, Puerto Rico 00918

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                           FRANCES RIOS DE MORAN
                                                                 CLERK OF COURT

                                                                 *CLERK OF COURT*

Date:   DEC 2 1 2010                                             JOSE L. ARROYO
                                                                  Deputy Clerk
                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | | |
|---|---|---|
| Rachel Hiskes; Omar Silva-Meléndez | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 10-cv-02246-JAG |
| José Figueroa Sancha, et. al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MIGUEL MEJIAS-CRUZ
COMMANDER OF THE SAN JUAN AREA OF THE PUERTO RICO POLICE
DEPARMENT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Judith Berkan
Mary Jo Méndez
Berkan/Mendez Law Office
O'neill St. G-11, San Juan, Puerto Rico 00918

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN
CLERK OF COURT

*CLERK OF COURT*
JOSE L. ARROYO
Deputy Clerk

Date: DEC 21 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | | |
|---|---|---|
| Rachel Hiskes; Omar Silva-Meléndez | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 10-cv-02246-JAG |
| José Figueroa Sancha, et. al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

HECTOR FIGUEROA-TORRES
DIRECTOR OF THE SAN JUAN TACTICAL OPERATIONS UNIT OF THE
PUERTO RICO POLICE DEPARMENT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Judith Berkan
Mary Jo Méndez
Berkan/Mendez Law Office
O'neill St. G-11, San Juan, Puerto Rico 00918

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN
CLERK OF COURT
*CLERK OF COURT*

JOSE L. ARROYO
Deputy Clerk

Date: DEC 21 2010

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| Rachel Hiskes; Omar Silva-Meléndez )<br>*Plaintiff* )<br>)<br>v. )<br>)<br>José Figueroa Sancha, et. al. )<br>*Defendant* ) | Civil Action No. 10-cv-02246-JAG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
         JOSE ROHENA-SOSA
         LEGISLATURE OF PUERTO RICO

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
         Judith Berkan
         Mary Jo Méndez
         Berkan/Mendez Law Office
         O'neill St. G-11, San Juan, Puerto Rico 00918

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN
CLERK OF COURT

*CLERK OF COURT*
    JOSE L. ARROYO
    Deputy Clerk

Date: DEC 21 2010

*Signature of Clerk or Deputy Clerk*